IN THE 15th JUDICIAL CIRCUIT COURT, LAFAYETTE COUNTY, MISSOURI

CIVIL CIRCUIT DIVISION



FILED

JUN - 6 2016

[stamp illegible]
LAFAYETTE CO. ... CLERK

DARRELL MCCLANAHAN AND APRIL MILLER-MCCLANAHAN,

<table>
<tr><td>Petitioner(s),</td><td>Civil Case No: <em>16LF- CV00580</em></td></tr>
<tr><td>V.</td><td>CIVIL COMPLAINT</td></tr>
<tr><td>STATE OF MISSOURI,</td><td></td></tr>
<tr><td>And Chief MARK LAMPHIER,</td><td></td></tr>
<tr><td>Respondent.</td><td></td></tr>
</table>

## COMPLAINT

**Comes Now the Petitioners', Darrell McClanahan and April Miller-McClanahan, proceeding pro se, and does request this Honorable Court to grant this Complaint; with these supporting reasons as follows:**

1.  The Petitioners are residents of Lafayette County, Lexington, Missouri. The Petitioners are individuals and this is the jurisdiction for this cause of action.

2.  The Respondents are individuals'/state entity of Lafayette County, Lexington, Missouri. This is the proper jurisdiction for this cause of action.

3.  The Petitioner (Darrell McClanahan) was arrested on 02/17/2016 for resisting arrest and criminal theft with deception. This criminal offense is based on inaccurate information. Please review case number 16LF-CR00130 / 16LF-CR00130-01.

4.  The Respondent is the Chief of Police Lexington Missouri (Mark Lamphier) and does work for the State of Missouri of Lafayette County Lexington, Missouri. The Respondent is the personal

EXHIBIT
1

friend of the said victim in the above case numbers. K.R. and Lamphier's relationship is clearly

a conflict of interest. In the past, Police chief Mark Lamphier, has been investigated for

unauthorized use of law enforcement tools MULES system (City of Lexington Special Meeting

December 28, 2009) and Using John Chasnoff v. St. Louis Bd. of Police Comm'rs, et al. No.

ED101748. The Petitioner's believe this has been ongoing behavior by Mark Lamphier. The

Petitioner filed a mandamus on 05/12/2016 and other motions that were never properly heard by

the court. The Petitioner filed immediate motions to defend himself show cause, preliminary

hearing and the prosecution office headed by Kristen Ellis refiled the case in different

circumstances without answering motions that were filed to the court in a timely manner. The

Petitioner is not receiving a fair trial in this merit and the State of Missouri never investigated

the chief of police, Mark Lamphier's actions or answered the allegations of the police chief's

threatening, intimidating, and stalking acts. The Petitioner requested a change of venue and this

cause of action was ignored by the court. K.R. is well- known by the 15th Judicial and has been

awarded many favorable judgements. The Petitioner is not receiving his fundamental right of a

fair hearing under the 6th amendment or his due process right of equal protection of the law. The

Respondent (State of Missouri) will not appoint counsel and the Petitioner is forced to argue his

case pro se. The Petitioner went to court on 05/16/2016 and presented a motion of

argumentation in authority; this motion was misdated by the Lafayette County clerk's office. No

relief was given for the mandamus or any form of justification to show cause why this case has

not been dismissed for lack of evidence, hearsay, and the conflict of interest that has clearly

occurred on the chief of police, Mark Lamphier's, part in this merit.

5. The petitioner (April Miller- McClanahan) was threatened, intimidated, and promised leniency.

Lamphier began with telling the Petitioner that he was going to take her to jail and remove the

small children; he said he would not pursue resisting charges against Darrell. The Petitioners

now know this was a lie. The Respondent made false statements repeating K.R.'s hearsay's

statement that Darrell receives disability and did not cash the check for this reason. This statement was not made by April Miller-McClanahan at any time during his coerced interview. The Petitioner does not receive disability. The Petitioners believe this was an attempt to defame the Petitioner, Darrell McClanahan, and to justify his deeds.

6. The Petitioner knows that the federal law states clear that all Defendants have to be charged or convicted on accurate information. The complaint information of criminal theft by deception does not fit the criminal intent of the Petitioner and the Petitioner did not take or keep the trailer. The Petitioner requested a preliminary hearing and the Petitioner never received such a hearing by the court after the proper motion was filed for such a hearing. The Respondent (chief of police Mark Lamphier) committed unethical acts to obtain information from the Petioner's spouse that was in a threatening and intimidating manner. These issues were clearly ignored by the court. Using, Coolidge, 173 Wis. 2d at 789 and Townsend v. burke, 334 U.S. 736-741, State vs. Turner, 223 Kan. 707, 709, 576 P.2d 644; United States vs. Tucker, 404 U.S. 443, 447.

7. The Petitioner deserves the right of a fair hearing and in a professional manner as required by law for every individual or person and this is a fundamental right.

Petitioner brings forth the following counts and allegations supporting his cause of action:


## COUNT 1-NEGLIGENCE:

The Respondents' failed to perform the duties of an individual's equal protection of due process of the law by depriving the Petitioners' of their fundamental right to not be threatened, intimidated, harassed, and/or stalked by police officers that are supposed to serve and protect the community without any bias against an individual. The Chief of police, Mark Lamphier, failed his duties and oath under law (Respondent). The Respondents failed the Petitioner by not hearing the proper motions that were filed with the court as an administrative duty to answer a mandamus; especially, if the mandamus has merit. The Respondents acted outrageously, with the intentions to cause or

charge (exitus acta probat). The Petitioner did not commit these acts. Police chief, Mark Lamphier's intimidation, misconduct, and excessive force, which was unprivileged and unwanted by the Petitioners, actually and proximately caused the Petitioners and their family severe emotional distress. The Petitioners deserve relief at this time.

## RELIEF FOR THIS MATTER:

1. The Petitioner does request the proper hearing to show cause the Respondents committed this act without justification as required by law.

2. The Petitioner does request the Chief of police, Mark Lamphier (Respondent), would have to answer for his actions and violating his own code of ethics. Reprimand is necessary with demotion.

3. The Petitioners did try to pay the money back upon being notified. Before this action occurred, the Chief of police, Mark Lamphier, filed this action before the Petitioners had a chance.

4. The Petitioner does request relief that his criminal case be dismissed and that the money is returned to the party for the missing trailer.

RESPECTFULLY SUBMITTED BY,

Darrell McClanahan and April Miller-McClanahan, the Petitioners'.

SUBSCRIBED AND SWORN BEFORE ME THIS 6th DAY OF June, 2016.

TANYA K. ADAMS
Notary Public-Notary Seal
STATE OF MISSOURI
Commissioned for Lafayette County
My Commission Expires: December 8, 2018
COMMISSION #14631969

NOTARY PUBLIC: _Tanya K. Adams_          NOTARY EXPIRES: 12.8-2018

CERTIFICATE OF SERVICE:

This is to certify that a true and correct copy of the foregoing Complaint, was hand

delivered and addressed to the following: Clerk of the Circuit Court of Lafayette County, Lexington

Circuit Civil Courthouse, Civil Circuit Associate Division, 116 S 10th St, Lexington, MO 64067 and

Respondents, State of Missouri and Chief of Police, Mark Lamphier, Police Department of Lafayette

county, Lexington, Mo 64067, on this _6th_ day of _June_, 2016. The original and (1) Copy.

X _____

Darrell McClanahan and April Miller-McClanahan, the Petitioners'.

2413 Franklin Ave.

Lexington, Missouri 64067

(417) 388-7308

State of Missouri
County of Lafayette
Subscribed and Sworn to Before Me
This _6th_ Day of _June_ In the Year _2016_
My Commission Expires _12.8-218_

TANYA K. ADAMS
Notary Public-Notary Seal
STATE OF MISSOURI
Commissioned for Lafayette County
My Commission Expires: December 8, 2018
COMMISSION #14631969



# IN THE 15TH JUDICIAL CIRCUIT COURT, LAFAYETTE COUNTY, MISSOURI

| Judge or Division:<br>DENNIS ALLEN ROLF | Case Number: 16LF-CV00580 |
|---|---|
| Plaintiff/Petitioner:<br>DARRELL L MCCLANAHAN ET AL<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>DARRELL L MCCLANAHAN<br>2413 FRANKLIN AVE<br>LEXINGTON, MO 64067 |
| Defendant/Respondent:<br>STATE OF MISSOURI ET AL | Court Address:<br>LAFAYETTE COUNTY COURTHOUSE<br>1001 MAIN |
| Nature of Suit:<br>CC Other Miscellaneous Actions | P O BOX 10<br>LEXINGTON, MO 64067 |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:** STATE OF MISSOURI EX REL PROSECUTING ATTORNEY
**SERVE:** KRISTEN ELLIS

PO BOX 70     116 S TENTH ST
LEXINGTON, MO 64067

**COURT SEAL OF**

**LAFAYETTE COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

| 6/6/2016 | /s/ Deana Aversman, Circuit Clerk<br>by Norma Nordsieck, Deputy |
|---|---|
| Date | Clerk |

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

(Seal)

Subscribed and sworn to before me on _____ (date).

My commission expires: _____          _____
Date          Notary Public

| **Sheriff's Fees** | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 15TH JUDICIAL CIRCUIT COURT, LAFAYETTE COUNTY, MISSOURI

| Judge or Division:<br>DENNIS ALLEN ROLF | Case Number: 16LF-CV00580 | |
|---|---|---|
| Plaintiff/Petitioner:<br>DARRELL L MCCLANAHAN ET AL | Plaintiff's/Petitioner's Attorney/Address<br>DARRELL L MCCLANAHAN<br>2413 FRANKLIN AVE<br>LEXINGTON, MO 64067 | |
| vs. | | |
| Defendant/Respondent:<br>STATE OF MISSOURI ET AL | Court Address:<br>LAFAYETTE COUNTY COURTHOUSE<br>1001 MAIN | |
| Nature of Suit:<br>CC Other Miscellaneous Actions | P O BOX 10<br>LEXINGTON, MO 64067 | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: MARK LAMPHIER
                         Alias:

LEXINGTON CITY POLICE DEPT.
LEXINGTON, MO 64067

**COURT SEAL OF**

*LAFAYETTE COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

| 6/6/2016 | /s/ Deana Aversman, Circuit Clerk<br>by Norma Nordsieck, Deputy |
|---|---|
| Date | Clerk |

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____     _____
Printed Name of Sheriff or Server     Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on _____ (date).

My commission expires: _____     _____
                        Date                        Notary Public

| **Sheriff's Fees** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Case 4:16-cv-01086-ODS   Document 1-1   Filed 10/07/16   Page 7 of 7   54.20, 506.120 through 506.140, and 506.150 RSMo