

IN THE 15TH JUDICIAL CIRCUIT COURT, LAFAYETTE COUNTY MISSOURI

| Judge or Division: | Case Number: 16LF-CR00130-01 |
|---|---|
| DENNIS ALLEN ROLF (32238) <br> DIVI | ☐ Change of Venue from |
| | Offense Cycle No: 77144925 |
| State Of Missouri vs. <br> Defendant: DARRELL L MCCLANAHAN III <br> (MCCDL3081) <br> 351 Swallow Drive <br> Sparta, Mo 65753 | Prosecuting Attorney/MO Bar No: <br> KRISTEN ELLIS HILBRENNER (58824) <br><br> Defense Attorney/MO Bar No: <br> KEVIN L JAMISON (31278) |
| DOB: 15-Sep-1967   SSN: 489763081 <br> SEX: M | |
| | Appeal Bond Set Date: <br> Amount: |

## Judgment

| | Charge # | Charge Date | Charge Code | Charge Description |
|---|---|---|---|---|
| **Original Charge:** | 1 | 19-Jan-2016 | 570.030-009Y200223.0 | Theft/Stealing (Value Of Property Or Services Is $500 Or More But Less Than $25,000) ( **Felony C RSMo: 570.030** ) |
| **Amended To:** | 1 | 19-Jan-2016 | 570.030-001Y200923.0 | Theft/Stealing (Value Of Property Or Services Is Less Than $500) ( **Misdemeanor A RSMo: 570.030** ) |

| Disposition: | 05-Jan-2018 | | Guilty Plea Written |
| --- | --- | --- | --- |
| Order Date: | 05-Jan-2018 | Sentence or SIS: | Incarceration Jail |
| Length: | 2 Days | Start Date: | 05-Jan-2018 |
| Text: | Credit for time served. | | |
| Order Date: | 05-Jan-2018 | Sentence or SIS: | Fine |
| | | Start Date: | 05-Jan-2018 |

Fine Amount: $500.00

| | Charge # | Charge Date | Charge Code | Charge Description |
|---|---|---|---|---|
| **Original Charge:** | 2 | 16-Feb-2016 | 575.150-001Y195048.0 | Resisting/Interfering With Arrest For A Felony ( **Felony D RSMo: 575.150** ) |
| **Amended To:** | 2 | 16-Feb-2016 | 575.150-003Y191048.0 | Resisting/Interfering With Arrest, Detention Or Stop ( **Misdemeanor A RSMo: 575.150** ) |

| Disposition: | 05-Jan-2018 | | Guilty Plea Written |
| --- | --- | --- | --- |
| Order Date: | 05-Jan-2018 | Sentence or SIS: | Incarceration Jail |
| Length: | 2 Days | Start Date: | 05-Jan-2018 |
| Text: | Credit for time served. | | |

EXHIBIT 3

Case 4:16-cv-01086-ODS   Document 31-3   Filed 05/11/18   Page 1 of 2

| | | | |
|---|---|---|---|
| **Order Date:** | 05-Jan-2018 | **Sentence or SIS :** | Fine |
| | | **Start Date :** | 05-Jan-2018 |

**Fine Amount:** $500.00

| |
|---|
| The Court orders: |
| That Judgment entered in favor of the State of Missouri and against the defendant for the sum of **$10.00** for the Crime Victims Compensation fund. Judgment is **Not Satisfied**. |
| Costs taxed against **Defendant** |

| |
|---|
| The Court further orders: |
| **05-Jan-2018**      **Judgment CVC $10 - Other** |
| **05-Jan-2018**      **Defendant Sentenced** |
| Defendant sentenced to 2 days in the Lafayette County Jail with credit for time served and assessed a $500.00 fine on each count. |

| | |
|---|---|
| **So Ordered on: 16LF-CR00130-01    ST V DARRELL L MCCLANAHAN III** | |
| **1/5/2018** | *DENNIS ROLF* |
| Date | Judge |
| I certify that the above is a true copy of the original Judgment and Sentence of the court in the above cause, as it appears on record in my office. | |
| (Seal of Circuit Court) | |
| Issued on: | |
| Date | Clerk |